HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHERLITA Q. STEINBERGER,

    Plaintiff,

v.

WASHINGTON DEPARTMENT OF CORRECTIONS,

    Defendant.

Case No. C07-5404RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion to Dismiss or in the Alternative for a More Definite Statement [Dkt. #10]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

On November 15, 2007 defendant filed the instant motion and properly noted it for December 7, 2007. Under CR 7(d)(3), <u>Local Rules W.D. Wash.</u>, plaintiff's response in opposition to the motion was due on December 3, 2007. To date no response has been filed. The Court will re-note the motion for January 11, 2008. Plaintiff's response in opposition is therefore due on January 7, 2008. **Plaintiff is hereby cautioned that the failure to respond in opposition to the motion will result in the motion being granted and the case being DISMISSED.**

**IT IS SO ORDERED.**

ORDER
Page - 1

1   The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing
2   pro se.

3   Dated this 7th day of December, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE